| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-13492<br>Northern District of Illinois<br>Eastern Division<br>Tue Oct 27 15:22:07 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Alltran Financial<br>PO Box 610<br>Sauk Rapids, MN 56379-0610 |
| American InfoSource<br>Agent for Capital One<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Amplify Funding<br>PO Box 231<br>Lac Du Flambeau, WI 54538-0231 | Bright Lending LLC<br>PO Box 578<br>Hays, MT 59527-0578 |
| CACH LLC<br>Att: Bankruptcy Dept<br>Po Box 10368<br>Greenville, SC 29603-0368 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Check  n Go<br>PO Box 535800<br>Pittsburgh, PA 15253-5800 |
| City of Chicago<br>Att: Bankruptcy Dept<br>121 N. LaSalle Street 7th Fl<br>Chicago, IL 60602-1266 | City of Chicago Dept of Finance<br>c/o Arnold Scott Harris<br>111 West Jackson Blvd. Ste. 600<br>Chicago, IL 60604-3517 | Credit Acceptance<br>25505 West 12 Mile Road<br>Suite 3000<br>Southfield, MI 48034-8331 |
| Evanston Podiatric Surgeons<br>2500 Ridge Ave Ste. 110<br>Evanston, IL 60201-2468 | Illinois Toll Way Authority<br>Att: Bankruptcy Dept.<br>PO Box 5544<br>Chicago, IL 60680-5491 | Internal Revenue Service<br>c/o Centralized Insolvency Operatio<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LendingClub<br>Attn: Bankruptcy<br>595 Market St, Ste 200<br>San Francisco, CA 94105-2807 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Maxlend<br>Att: Bankruptcy<br>Po Box 639<br>Parshall, ND 58770-0639 | Merrick Bank Corp<br>Att: Bankruptcy Dept<br>Po Box 10368<br>Greenville, SC 29603-0368 |
| North Shore Same Day Surgery LLC<br>3725 West Touhy Ave<br>Lincolnwood, IL 60712-2603 | Northshore Health Systems<br>Att: Bankruptcy Dept<br>1729 Benson Ave<br>Evanston, IL 60201-3704 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC<br>Agent for Bluestream<br>Po Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC<br>Agent for Comentiy<br>Po Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC<br>Agent for Velocity Investments<br>Po Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |

The Payday Loan Store
c/o Creditors Bankruptcy Service
Dallas, TX 75380

The Payday Loan Store
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 130000
Raleigh, NC 27605-1000

Wells Fargo Bank NA
Po Box 130000
Raleigh, NC 27605-1000

Angela L Wilkerson
7600 N Bosworth Ave. Apt 504
Chicago, IL 60626-1260

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076-2780

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
c/o Capital One Bank (usa), N.a.
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CREDIT ACCEPTANCE CORPORATION

End of Label Matrix
Mailable recipients     37
Bypassed recipients      1
Total                   38