UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 20-13492
Angela L Wilkerson  )
 )
 )  Chapter: 13
 )  Honorable David D. Cleary
 )
 )
Debtor(s)  )

## ORDER SUSTAINING OBJECTION TO CLAIM 7-2

This cause coming to be heard on the Objection of the Debtor for entry of an Order regarding Claim 7-2, the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the Debtor's Objection to Claim 7-2 filed by the Internal Revenue Service is sustained.

2. That Debtor owes the Internal Revenue Service the priority amount of $9,682 for the 2017, 2018 and 2019 taxes.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: December 07, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600